UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC. et al, | : |
| Plaintiffs, | : |
| vs. | : Case No. 3:19-cv-06916-MAS-ZNQ |
| RAMP GROUP, LLC, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiffs, with consent of Defendant, to inform the Court that the parties have agreed in principle to settle the above-captioned matter. The parties are in the process of finalizing a settlement agreement. Due to the parameters of the settlement, counsel for the parties expect to file stipulated dismissal within the next sixty days.

Dated: January 21, 2020

Respectfully submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Avenue
Estell Manor, NJ 08319
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of January, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr.
