UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

THE INDEPENDENCE PROJECT, INC. et al, :
:
    Plaintiffs, :
:
vs. : Case No. 3:19-cv-06916-MAS-ZNQ
:
RAMP GROUP, LLC, :
:
    Defendant. :
:

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, THE INDEPENDENCE PROJECT INC. and RONALD MOORE, and the Defendant, RAMP GROUP, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Avenue
PO Box 279
Estell Manor, NJ 08319
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiffs*

/s/ Thomas J. Barton
Thomas J. Barton, Esq.
Drinker, Biddle, & Reath LLP
105 College Road East
PO Box 627
Princeton, NJ 08542
Tel: (609) 716-6594
Fax: (609) 799-7000
thomas.barton@dbr.com
*Attorney for Defendant*

Dated: February 11, 2020

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

THE INDEPENDENCE PROJECT, INC. et al,

    Plaintiffs,

vs.

RAMP GROUP, LLC,

    Defendant.

Case No. 3:19-cv-06916-MAS-ZNQ

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation of Voluntary Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation of Voluntary Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

ORDERED this 13th day of February, 2020.

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE